IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMOS FINANCIAL, LLC, as assignee of SYNOVUS BANK, a Georgia banking corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>PHX INVESTMENT GROUP LLC, an Alabama limited liability company, THE MOORE GROUP LLC, an Alabama limited liability company, G & M HOUSE, LLC, an Alabama limited liability company, and DEMETRIUS MOORE, an individual,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO: 19-426-C<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMARY JUDGMENT ORDER**
**REGARDING PHX INVESTMENT GROUP, LLC**

　　This matter is before the Court on the *Plaintiff's Motion for Summary Judgment Against PHX Investment Group, LLC* [Docket No. 47] filed by Amos Financial LLC (the "**Plaintiff**" or "**Amos Financial**"), as assignee of Synovus Bank, on June 24, 2020.[1]

　　The Court previously entered summary judgment in favor of the Plaintiff and against all of the Defendants **except** for PHX Investment Group, LLC ("**PHX**")

---

[1] The parties consented to magistrate judge jurisdiction in this action. (Docket No. 28).

1

[Docket No. 45]. In its Summary Judgment Order, the Court entered judgment against Demetrius Moore for money damages in the amount of "$872,600.93 with respect to Mr. Moore's guaranty of the loans owed by PHX." [Docket No. 45, Page 35]. Although the Court found that Mr. Moore was obligated to the Plaintiff for this amount vis-à-vis his guaranty of the loans owed by PHX, the Court did not enter summary judgment against PHX because that company was in Chapter 11 bankruptcy when the Plaintiff's Motion for Summary Judgment [Docket No. 34] was filed and therefore, the Plaintiff's claims against PHX were stayed pursuant to 11 U.S.C. § 362.

But PHX's bankruptcy case has now been dismissed,[2] and the Plaintiff has moved the Court to enter summary judgment and award money damages against PHX in the amount of **$872,600.93**, plus attorney's fees and court costs, which is the same amount that the Court already determined is owed by PHX in its Summary Judgment Order [Docket No. 45, Page 35].[3] The Plaintiff's request for entry of summary judgment against PHX is supported by the evidence and materials previously submitted by the Plaintiff in support of the Plaintiff's Motion for Summary Judgment [Docket No. 34] against the other Defendants as well as the findings and conclusions of law made by the Court in its Summary Judgment Order

---

[2] The Court takes judicial notice of the bankruptcy court's docket and dismissal order regarding PHX, copies of which the Plaintiff attached as Exhibits "A-1" and "A-2" to the Motion for Summary Judgment [Docket 47].
[3] Counsel for PHX has informed the Court that PHX does not oppose entry of summary judgment against PHX.

[Docket No. 45];[4] those findings of fact and conclusions of law are adopted by the Court for purposes of the instant order and incorporated herein.

For the reasons stated above, the *Plaintiff's Motion for Summary Judgment Against PHX Investment Group, LLC* is **GRANTED** and a judgment is hereby entered in favor of the Plaintiff, Amos Financial LLC, as assignee of Synovus Bank, and against the Defendant, PHX Investment Group, LLC, for money damages in the amount of $872,600.93, plus attorney's fees of $9,400.00, and court costs of $1,369.27, for a total of **$883,370.20**. A separate, final judgment will be entered against all of the Defendants concomitantly with this order now that all claims against all parties have been resolved. Fed. R. Civ. P. 54.

DONE and ORDERED this 3rd day of August, 2020.

*/s/*WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE

---

[4] In previously entering summary judgment against Mr. Moore, as guarantor of PHX's obligations to the Plaintiff, it was necessary for Court to review the evidence submitted by the Plaintiff, make findings of facts, and enter conclusions of law with respect to the debt owed by PHX to the Plaintiff. The Court now adopts and incorporates into the instant order its findings of facts and conclusions of law regarding PHX.