IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMOS FINANCIAL, LLC, as assignee of SYNOVUS BANK, a Georgia banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PHX INVESTMENT GROUP LLC, an Alabama limited liability company, THE MOORE GROUP LLC, an Alabama limited liability company, G & M HOUSE, LLC, an Alabama limited liability company, and DEMETRIUS MOORE, an individual,<br><br>    Defendants. | CIVIL ACTION NO: 19-426-C |

## FINAL JUDGMENT

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, and consistent with its Summary Judgment Order [Docket No. 45] granting summary judgment in favor of the Plaintiff, Amos Financial LLC, as assignee of Synovus Bank, and against the Defendants, The Moore Group LLC, G & M House, LLC, and Demetrius Moore, and its Summary Judgment Order Regarding PHX Investment Group, LLC granting summary judgment in favor of the Plaintiff and against PHX Investment Group, LLC, the Court enters **FINAL JUDGMENT** in favor of the Plaintiff and against the Defendants as follows:

1. Against the Defendant, **Demetrius Moore**, and in favor of the Plaintiff for money damages in the amount of $1,464,629.19, plus attorney's fees of $9,400.00 and costs of $1,369.27, for a total of **$1,475,398.46**;

2. Against the Defendant, **The Moore Group, LLC**, and in favor of the Plaintiff for money damages in the amount of $265,528.09, plus attorney's fees of $9,400.00 and costs of $1,369.27, for a total of **$276,297.36**;

3. Against the Defendant, **G & M House, LLC**, and in favor of the Plaintiff for money damages in the amount of $263,887.72, plus attorney's fees of $9,400.00 and costs of $1,369.27, for a total of **$274,656.99**; and,

4. Against the Defendant, **PHX Investment Group, LLC**, and in favor of the Plaintiff for money damages in the amount of $872,600.93, plus attorney's fees of $9,400.00 and costs of $1,369.27, for a total of **$883,370.20**.

DONE and ORDERED this 3rd day of August, 2020.

/s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE